

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

December 13, 2019

12/16/19

Lisa B. Lupion
(212) 506-5078
llupion@orrick.com

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   Lisa Mendonca v. Sephora USA, Inc., Case No. 1:19-cv-8282-JPO

Dear Judge Oetken:

We represent Defendant Sephora USA, Inc. in the above-referenced action. Pursuant to Section 3.C of Your Honor's Individual Practices in Civil Cases, I am writing to request an extension from December 4, 2019 to January 10, 2010 of Defendant's time to answer or otherwise move in response to Plaintiff's Complaint. This is the first request for such an extension and Plaintiff consents to the request.

Respectfully submitted,

/s/ Lisa B. Lupion

Lisa B. Lupion

Granted.

SO ORDERED:   DATE: 12/16/19
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

cc via ECF:   Ryan Cooper, Esq.