UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lisa Mendonca,<br><br>                               Plaintiff,<br><br>         vs.<br><br>Sephora USA, Inc.,<br><br>                               Defendant. | **Case:  1:19-cv-08282-JPO-GWG**<br><br>**DEFENDANT SEPHORA USA, INC.'S RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sephora USA, Inc. files this Disclosure Statement and states that LVMH Moët Hennessy Louis Vuitton Inc. is the parent corporation of Sephora USA, Inc. and LVMH Moët Hennessy Louis Vuitton SE is the parent corporation of LVMH Moët Hennessy Louis Vuitton Inc.  Defendant further states that LVMH Moët Hennessy Louis Vuitton SE is the public company owning 10% or more of LVMH Moët Hennessy Louis Vuitton Inc.'s stock.

Dated: New York, NY
          January 10, 2020

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendant

By:    */s/ Lisa B. Lupion*
          Lisa B. Lupion

51 West 52nd Street
New York, NY 10019
212-506-5000
llupion@orrick.com