UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LISA MENDONCA,

    Plaintiff,

  -v.-

SEPHORA USA, INC.,

    Defendant.

-----------------------------------------------------------x

ORDER

19 Civ. 8282 (JPO) (GWG)

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

  The time of the initial case management conference on Tuesday, January 28, 2020, previously scheduled for 10:30 a.m., is hereby changed to **11:45 a.m.** on the same date.

  Each attorney is directed to ensure that all other attorneys are aware of the change in the conference date and time. Any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

  SO ORDERED.

Dated: January 22, 2020
   New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge